IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA
CIVIL DIVISION

NICHOLAS THOMAS

    Plaintiff,

vs.                                      CASE NO.:

GEICO CASUALTY COMPANY

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, **NICHOLAS THOMAS**, by and through her undersigned attorneys, and sues the Defendant, **GEICO CASUALTY COMPANY**, an insurance corporation, and alleges:

1. This is an action for damages that exceeds the sum of Fifty Thousand and One Dollars ($50,001.00), exclusive of costs, interest and attorneys' fees.

2. That at all times material hereto Plaintiff, **NICHOLAS THOMAS,** was a natural person residing in Collier County, Florida.

3. That at all times material hereto Defendant, **GEICO CASUALTY COMPANY,** was a corporation authorized to do business in Collier County, Florida.

5. On or about February 8, 2023, Plaintiff, **NICHOLAS THOMAS,** was driving a motor vehicle at or near the intersection of Golden Gate Blvd. W. and Weber Blvd. S., in Naples, Collier County, Florida.

6. On or about February 8, 2023, non-party, Colleen Hynds, owned and operated a motor vehicle at or near the intersection of Golden Gate Blvd. W. and Weber Blvd. S., in Naples, Collier County, Florida.

7. At said time and place non-party, Colleen Hynds, negligently operated or maintained the motor vehicle so that it collided into **NICHOLAS THOMAS'** vehicle.

8. At all times material hereto, Plaintiff, **NICHOLAS THOMAS**, was covered under a policy of insurance providing underinsured motorists' coverage with Defendant, **GEICO CASUALTY COMPANY**. A copy of the declaration page evidencing underinsured motorists' coverage is attached hereto as Exhibit "A".

9. This action is brought pursuant to Section 627.727, Fla. Stat., against Defendant, **GEICO CASUALTY COMPANY**, as the underinsured motorist insurer for Plaintiff, **NICHOLAS THOMAS**.

10. Defendant, **GEICO CASUALTY COMPANY**, is responsible for underinsured motorists' benefits as provided in the contract of insurance, specifically, Policy No. 6072705822, a copy of which is in Defendant's possession. Alternatively, Defendant is responsible for underinsured motorists' benefits pursuant to Section 627.727, Fla. Stat.

11. That at all times material hereto non-party, Colleen Hynds, was underinsured for the motor vehicle crash that occurred in this case.

12. Plaintiff has furnished Defendant, **GEICO CASUALTY COMPANY** timely notice of the automobile crash and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, **GEICO CASUALTY COMPANY,** has denied that coverage exists and/or refused to pay Plaintiff the full value of the claim.

13. As a direct and proximate result of the negligence of of non-party, Colleen Hynds, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and

suffering, disability, physical impairment, disfigurement, inconvenience, loss of capacity for the enjoyment of life, activation and/or aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE the Plaintiff, **NICHOLAS THOMAS**, demands judgment for damages, fees, costs, prejudgment interest, and any other relief this Court deems appropriate against the Defendant, **GEICO CASUALTY COMPANY**. Plaintiff also demands a jury trial on all issues so triable.

DATED this 18th day of March, 2023.

*/s/ Blake Lange*
Blake Lange, Esquire
Florida Bar #: 100292
Morgan & Morgan Fort Myers PLLC
4851 Tamiami Trl N., Ste. 400
Naples, Florida 34103
Tele: (239) 432-6616
Fax: (239) 204-2415
Primary email: blange@forthepeople.com
Secondary email: lmiller@forthepeople.com
*Attorney for Plaintiff*