UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICHOLAS THOMAS,

Plaintiff,   CASE NO.: 2:23-cv-00365-SPC-NPM

v.

GEICO CASUALTY COMPANY,

   Defendant.

_____/

## **DEFENDANT'S NOTICE OF SETTLEMENT**

COMES NOW Defendant GEICO CASUALTY COMPANY, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement in the above-captioned matter.

**COLE, SCOTT & KISSANE, P.A.**

By: /s/ Michael D. McCoy
MICHAEL D. MCCOY
Florida Bar No.: 475009
ASHLEY M. FIELDS
Florida Bar No.: 1002321
4190 Belfort Road, Suite 300
Jacksonville, Florida 32216
Telephone (904) 672-4002
Facsimile (904) 672-4050
Primary e-mail: michael.mccoy@csklegal.com
Secondary e-mail: ashley.fields@csklegal.com
Alternate e-mail: peggy.labs@csklegal.com
danielle.kirkman@csklegal.com
*Counsel for Defendant, GEICO CASUALTY Company*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**

By: /s/ Michael D. McCoy
MICHAEL D. MCCOY
Florida Bar No.: 475009
ASHLEY M. FIELDS
Florida Bar No.: 1002321
4190 Belfort Road, Suite 300
Jacksonville, Florida 32216
Telephone (904) 672-4002
Facsimile (904) 672-4050
Primary e-mail: michael.mccoy@csklegal.com
Secondary e-mail: ashley.fields@csklegal.com
Alternate e-mail: peggy.labs@csklegal.com
danielle.kirkman@csklegal.com
*Counsel for Defendant, GEICO CASUALTY Company*